1

2                                                                              JS-6

3

4

5

6

7

8

9

10

11                      UNITED STATES DISTRICT COURT

12               FOR THE CENTRAL DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  MM USA, INC., a corporation, | CASE NO. CV10-06177 AHM (OPx) |
| 15            Plaintiff, | |
| 16        v. | **ORDER DISMISSING ENTIRE** |
| 17  SOUTH BAY INTERNATIONAL | **ACTION – COMPLAINT,** |
| 18  SERVICES, INC., a California | **COUNTERCLAIM, AND** |
|     corporation; MARCELION ROSALES | **CROSSCLAIM** |
| 19  a/k/a MARCELINO ROSALES, an | **PURSUANT TO STIPULATION** |
|     individual; MANUEL RICHARD | |
| 20  PINON, an individual; MRP INC., a | |
| 21  California corporation; FABIOLA DEL | |
|     MURO PINON a/k/a FABIOLA | |
| 22  PINON, a/k/a FABIOLA DEL MURO, | |
| 23  an individual; ROSE BARRANTES, an | |
|     individual, LUIS OCEGUEDA, | |
| 24  individually and d/b/a OCEGUEDA | |
| 25  PRODUCE, | |
| 26 | |
|              Defendants. | |
| 27  RELATED COUNTER and CROSS | |
| 28  ACTIONS. | |

1

Having read and considered the Stipulation for Dismissal of Entire Action – Complaint, Counterclaim, and Crossclaim, filed concurrently herewith, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that all actions (Complaint of Plaintiff, Counterclaim of MANUEL RICHARD PINON and Crossclaim of ROSE BARRANTES ) in this matter are dismissed with prejudice;

**IT IS FURTHER ORDERED** that each party pay its own attorney's fees and costs in these matters.

**SO ORDERED**

DATED: January 25, 2011
_____

HON. HOWARD MATZ
U.S. DISTRICT COURT JUDGE

2